IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01700-BNB

JOSE EDWARDO CASTRO QUININO,

    Petitioner,

v.

STATE OF NEW MEXICO,

    Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT -2 2009

GREGORY C. LANGHAM
                CLE

## ORDER OF DISMISSAL

Petitioner, Jose Edwardo Castro Quinino, attempted to initiate this action by submitting to the Court *pro se* a cover letter, a "Motion for Order of Free Process," an "Application for Free Process and Affidavit of Indigency," a "Joint Scheduling Report Stipulating to Track A," and a "Motion for Record Proper/Transcripts." The Court reviewed the documents and determined they were deficient. Therefore, in an order filed on July 17, 2009, Magistrate Judge Craig B. Shaffer directed the clerk of the Court to commence a civil action and directed Mr. Quinino to cure certain deficiencies in the case within thirty days if he wished to pursue his claims.

The July 17, 2009, order pointed out that Mr. Quinino failed to submit a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action. The July 17 order also pointed out that Mr. Quinino failed to failed to submit on the proper, Court-approved form an Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254. The order warned Mr. Quinino that if he failed to

cure the designated deficiencies within thirty days, the action would be dismissed without prejudice and without further notice. On August 25, 2009, the Court granted Mr. Quinino a thirty-day extension of time in which to cure the designated deficiencies. Mr. Quinino has failed within the time allowed to cure the deficiencies listed in the July 17 order or otherwise to communicate with the Court in any way. Accordingly, it is

ORDERED that the action is dismissed without prejudice for failure to cure and for failure to prosecute. It is

FURTHER ORDERED that any pending motions are denied as moot.

DATED at Denver, Colorado, this 2d day of Oct , 2009.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-00330-BNB

Jose Edward Castro Quinino
Prisoner No. 54803
NENMDF
185 Dr. Micheal Jenkins Rd.
Clayton, New Mexico 88415

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 10/2/09

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk